United States District Court
Southern District of Texas
**ENTERED**
August 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOHN NICHOLAS, § § Plaintiff, § VS. § § AMERICAN NATIONAL § INSURANCE COMPANY, § § Defendant. § | NO. 3:22-cv-201 |

## ORDER OF DISMISSAL

On August 9, 2022, the parties filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 8) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The court finds good cause to grant that motion. Accordingly, it is hereby **ORDERED** that all claims asserted against either party are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island this 12th day of August, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE